RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 10/27/11
BY ___

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

MARQUIS M. SCOTT (#411352)   DOCKET NO. 11-CV-1396; SEC. P

VERSUS   JUDGE JAMES T. TRIMBLE, JR.

RAPIDES PARISH DETENTION CENTER   MAGISTRATE JUDGE JAMES D. KIRK

J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the captioned matter be and is hereby **DISMISSED** in accordance with the provisions of Rule 41.3 of the Local Rules for the Western District of Louisiana.

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 27th day of October, 2011.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE